# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY TOTHERO,** | : | **CIVIL ACTION NO. 1:15-CV-1249** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **GC SERVICES, LP,** | : | |
| **Defendant** | : | |

## ORDER

By order dated October 27, 2015, the court directed plaintiff, within fifteen (15) days, to show cause why this action should not be dismissed for failure to serve the complaint within 120 days pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff has failed to respond to the court's show cause order. Accordingly, it is hereby ORDERED that this matter is DISMISSED. The Clerk of Court is directed to CLOSE the file.

     /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated:     November 12, 2015